UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YANILZA GONZALEZ, *on behalf of herself*                    :
*and all others similarly situated*,                        :
                                                            :
                          Plaintiff,                        :    23-CV-9211 (VSB)
                                                            :
            -against-                                       :    **ORDER**
                                                            :
THE REFINERY LTD. CO.,                                      :
                                                            :
                          Defendant.                        :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on October 19, 2023, (Doc. 1), and filed an affidavit of service on December 27, 2023, (Doc. 5). The initial deadline for Defendant to answer or otherwise respond to Plaintiff's complaint was January 17, 2024. Defendant subsequently filed three letter motions requesting an extension of time to answer the complaint, (Docs. 6, 8, 10), which I granted, (Docs. 7, 9, 11). Thus, Defendant's deadline to file a responsive pleading was April 16, 2024. (Doc. 11.) To date, Defendant has not responded to the complaint nor sought a further extension of time to submit its answer. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 13, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute

this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: April 29, 2024
New York, New York

_____
VERNON S. BRODERICK
United States District Judge