UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                     :

YANILZA GONZALEZ, *on behalf of herself*  :
*and all others similarly situated*,            :

                                        Plaintiff,    :          23-CV-9211 (VSB)

                    -against-                :          **ORDER**

THE REFINERY LTD. CO.,                        :

                                    Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated:    June 4, 2024
             New York, New York

                                                                             _____
                                                                                 VERNON S. BRODERICK
                                                                                 United States District Judge